**Lakhdar BOUMEDIENE, Detainee, Camp Delta, et al., Appellants**

v.

**George W. BUSH, President of the United States, et al., Appellees.**

Nos. 05–5062, 05–5063.

United States Court of Appeals, District of Columbia Circuit.

June 25, 2008.

Louis Richard Cohen, Wilmer Cutler Pickering Hale & Dorr LLP, Washington, DC, Douglas Frank Curtis, Wilmer Cutler Pickering Hale & Dorr LLP, New York, NY, Stephen H. Oleskey, Mark Christopher Fleming, Robert Clifford Kirsch, Wilmer Cutler Pickering Hale & Dorr LLP, Boston, MA, for Appellants.

Eric David Miller, Federal Communications Commission, Robert Mark Loeb, Douglas N. Letter, Litigation Counsel, Catherine Y. Hancock, Paul D. Clement, Peter Douglas Keisler, Gregory George Katsas, U.S. Department of Justice, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, RANDOLPH * and ROGERS, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

It is **ORDERED,** on the court's own motion that in light of the Supreme Court's opinion in *Boumediene v. Bush,* — U.S. ——, 128 S.Ct. 2229, 171 L.Ed.2d 41 (2008), the court's judgment filed February 20, 2007, 476 F.3d 981, in the above-

captioned consolidated cases be vacated. It is

**FURTHER ORDERED AND ADJUDGED** that these cases be remanded to the district court for further proceedings consistent with the Supreme Court's opinion in *Boumediene v. Bush.* The Clerk is directed to issue the mandate forthwith.

**Khaled A.F. AL ODAH, Next Friend of Fawzi Khalid Abdullah Fahad Al Odah, et al., Appellants**

v.

**UNITED STATES of America, et al., Appellees.**

Nos. 05–5064, 05–5095 to 05–5116.

United States Court of Appeals, District of Columbia Circuit.

June 25, 2008.

David J. Cynamon, Matthew Jeffrey MacLean, Osman Ahmad Handoo, Pillsbury Winthrop Shaw Pittman, LLP, Neil H. Koslowe, Thomas B. Wilner, Shearman & Sterling, Washington, DC, for Appellants.

Eric David Miller, Federal Communications Commission, Robert Mark Loeb, Douglas N. Letter, Litigation Counsel, Catherine Y. Hancock, Paul D. Clement, Gregory George Katsas, Peter Douglas Keisler, Kenneth L. Wainstein, Assistant Attorney General, U.S. Department of Justice, Washington, DC, for Appellees.

---

* Circuit Judge Randolph did not participate in this matter.

BEFORE: SENTELLE, Chief Judge, and RANDOLPH * and ROGERS, Circuit Judges.

### JUDGMENT

PER CURIAM.

It is **ORDERED,** on the court's own motion, that in light of the Supreme Court's opinion in *Boumediene v. Bush,* — U.S. ——, 128 S.Ct. 2229, 171 L.Ed.2d 41 (2008), the court's judgment filed February 20, 2007, 476 F.3d 981, in the above-captioned consolidated cases be vacated. It is

**FURTHER ORDERED AND ADJUDGED** that these cases be remanded to the district court for further proceedings consistent with the Supreme Court's opinion in *Boumediene v. Bush.* The Clerk is directed to issue the mandate forthwith.

Richard **KIRKLEWSKI,** Appellant

v.

**PORCHLIGHT INC., et al.,** Appellees.

No. 08–7026.

United States Court of Appeals, District of Columbia Circuit.

June 26, 2008.

Richard Kirklewski, Madison, WI, pro se.

BEFORE: SENTELLE, Chief Judge, and GARLAND and GRIFFITH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders filed January 11, 2008, 2008 WL 360831, and January 29, 2008, be affirmed. The district court properly dismissed the case for lack of subject matter jurisdiction because it is not a civil action arising under federal law, *see* 28 U.S.C. § 1331, or between citizens of different states with an amount in controversy of more than $75,000, *see* 28 U.S.C. § 1332; nor does the complaint allege any other basis for the district court's jurisdiction.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C. Cir. Rule 41.

---

* Circuit Judge Randolph did not participate in this matter.